**Shift4 Payments, Inc. (FOUR)** **Alfred O'Meara**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 4/13/2023 | 22 | $71.7995 |