**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALFRED O'MEARA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIFT4 PAYMENTS, INC., JARED ISAACMAN, NANCY DISMAN, and BRADLEY HERRING,<br><br>Defendants. | Case No.  5:23-cv-03206-JFL |
| ROBERT BAER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIFT4 PAYMENTS, INC., JARED ISAACMAN, NANCY DISMAN, and BRADLEY HERRING,<br><br>Defendants. | Case No.  5:23-cv-03969-JFL |

**NOTICE OF MOTION OF ROBERT BAER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Robert Baer ("Baer"), by and through his counsel, will and does hereby move this Court pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Baer as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Shift4 Payments, Inc. securities between June 5, 2020 and April 18, 2023, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP and The Schall Law Firm as Co-Lead Counsel for the Class.

Baer is aware of Rule 2 of this Court's Initial Procedural Order (Dkt. No. 4), which provides, apart from certain exceptions not at issue here, in relevant part: "Before *any* motion is filed . . . counsel must contact opposing counsel to discuss thoroughly the substance of the contemplated motion and any potential resolution of it.[] This conference must take place at least **five (5) days** before the motion is filed. If the parties are unable to resolve the issue without a motion, then the moving party must state in the motion the date this conference took place and certify that the parties were unable to resolve this issue during that conference. If opposing counsel does not oppose the motion, the moving party must so state in the motion." *Id.* at 1 (emphases in original).  Baer is also aware of Rule II.F.4 of this Court's Policies and Procedures, which provides, in relevant part, that "[a]ll motions shall be accompanied by a Certificate of Concurrence or Non-Concurrence."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is October 19, 2023, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i).

Baer will thus not know the identities of the other putative Class members who intend to file competing Lead Plaintiff motions until October 20, 2023—the day after the statutory deadline—making conferral with opposing counsel and full compliance with the foregoing rules prior to the filing of Baer's motion papers impracticable.  Under these circumstances, Baer respectfully requests that compliance with Rule 2 of this Court's Initial Procedural Order (Dkt. No. 4 at 1) and Rule II.F.4 of this Court's Policies and Procedures be waived in this instance.

Dated:   October 19, 2023                           Respectfully submitted,


**POMERANTZ LLP**

*s/ Emily C. Finestone*
Emily C. Finestone (SBN 323709)
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II  (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
efinestone@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* application forthcoming)
Angus Ni (*pro hac vice* application forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com
angus@afnlegal.com

*Counsel for Robert Baer and Proposed Co-Lead Counsel for the Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2023, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF

participants.

Dated:  October 19, 2023

*s/ Emily C. Finestone*
Emily C. Finestone
