**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALFRED O'MEARA, Individually and on Behalf of All Others Similarly Situated, | Case No.  5:23-cv-03206-JFL |
| Plaintiff, | |
| v. | |
| SHIFT4 PAYMENTS, INC., JARED ISAACMAN, NANCY DISMAN, and BRADLEY HERRING, | |
| Defendants. | |
| ROBERT BAER, Individually and on Behalf of All Others Similarly Situated, | Case No.  5:23-cv-03969-JFL |
| Plaintiff, | |
| v. | |
| SHIFT4 PAYMENTS, INC., JARED ISAACMAN, NANCY DISMAN, and BRADLEY HERRING, | |
| Defendants. | |

**DECLARATION OF EMILY C. FINESTONE IN SUPPORT OF MOTION OF ROBERT BAER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

I, Emily C. Finestone, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Robert Baer ("Baer") and proposed Co-Lead Counsel for the Class, and have personal knowledge of the facts set forth herein.

2.    I make this Declaration in support of Baer's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Baer's selection of Pomerantz and The Schall Law Firm ("Schall") as Co-Lead Counsel for the Class.

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Baer's financial interest in this litigation;

Exhibit B:    Press release published via *Globe Newswire* on August 20, 2023, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certification executed by Baer;

Exhibit D:    Declaration executed by Baer;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of Schall.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 19, 2023.

*s/ Emily C. Finestone*
Emily C. Finestone

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

Dated:  October 19, 2023

*s/ Emily C. Finestone*
Emily C. Finestone

2