# EXHIBIT A

**Shift4 Payments, Inc. (FOUR)**
**Class Period: June 5, 2020 to April 18, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $64.7634 Estimated Value | Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | | | | | | | | | | | | |
| Robert Baer | 9/2/2021 | 10 | $88.2800 | ($883) | | | | | | | | |
| Robert Baer | 12/30/2021 | 10 | $57.4400 | ($574) | | | | | | | | |
| **Robert Baer** | | **20** | | **($1,457)** | | **0** | | **$0** | **20** | **$1,295** | **($162)** | **($162)** |
| | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | |
| **Robert Baer** | **9/28/2021** | **140** | **$82.7297** | **($11,582)** | | | | | **140** | **$9,067** | **($2,515)** | **($2,515)** |
| | | | | | | | | | | | | |
| **Robert Baer** | | **160** | | **($13,039)** | | **0** | | **$0** | **160** | **$10,362** | **($2,677)** | **($2,677)** |

*Avg Closing Prices from April 19, 2023 to July 17, 2023