**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALFRED O'MEARA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHIFT4 PAYMENTS, INC., JARED ISAACMAN, NANCY DISMAN, and BRADLEY HERRING,<br><br><br>　　　　　　　Defendants, | Case No. 5:23-cv-03206-JFL |

## ORDER GRANTING JOINT STIPULATION EXTENDING TME TO RESPOND TO CLASS ACTION COMPLAINT

AND NOW, this 20th of Oct. , 2023, upon consideration of the Joint Stipulation Extending Time to Respond to Complaint and in light of Plaintiff's allegations of claims under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995, *see* 15 U.S.C. § 78u-4 *et seq*, **IT IS ORDERED THAT**:

1.　　Defendants have waived service of the summons and complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service.

2.　　Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

3.      Within fourteen (14) days after the entry of an order appointing a Lead Plaintiff and Lead Counsel in the action, counsel for the Court-appointed Lead Plaintiff and Defendants shall meet and confer and propose a schedule to the Court for (a) the filing of an amended consolidated complaint and (b) responses thereto.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
HON. JOSEPH F. LEESON, JR.
United States District Judge