UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BAER and ALFRED O'MEARA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHIFT4 PAYMENTS, INC., and JARED ISAACMAN,<br><br>Defendants. | No. 5:23-cv-03206-JFL<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER SETTING PAGE LIMITS ON THE BRIEFING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Hon. Joseph F. Leeson, Jr. |

Defendants Shift4 Payments, Inc., and Jared Isaacman (together, "Defendants") and Lead Plaintiff Robert Baer and Plaintiff Alfred O'Meara (together, "Plaintiffs," and with Defendants, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the local rules for the Eastern District of Pennsylvania do not set a page limit for motions to dismiss and oppositions to motions to dismiss;

WHEREAS, the Policies and Procedures for the Honorable Joseph F. Lesson, Jr. do not set a page limit for motions to dismiss and oppositions to motions to dismiss;

WHEREAS, the Policies and Procedures for the Honorable Joseph F. Lesson, Jr. contemplate a 10-page limit for reply briefs to civil motions;

WHEREAS, the Parties have met and conferred and respectfully submit that because of the breadth and complexity of the issues raised in Plaintiffs' complaint and Defendants' anticipated motion to dismiss, good cause exists that the Court set a 25-page limit for Defendants' anticipated

motion to dismiss and Plaintiffs' opposition thereto, and a 15-page limit for Defendants' reply in support of their motion to dismiss;

IT IS ACCORDINGLY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties, as follows:

1.    Defendants' motion to dismiss and Plaintiffs' opposition thereto shall each be no more than 25 pages; and

2.    Defendants' reply in support of their motion to dismiss shall be no more than 15 pages.

Respectfully submitted this 7th day of February, 2024, by:


**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
Emily C. Finestone (SBN 323709)
Dean P. Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
efinestone@pomlaw.com
dferrogari@pomlaw.com


**THE SCHALL LAW FIRM**
Rina Restaino (admitted *pro hac vice*)
Angus Ni (admitted *pro hac vice*)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com
rina@schallfirm.com
angus@schallfirm.com

*Co-Lead Counsel for Plaintiffs*
*and the Proposed Class*


**FITZPATRICK LENTZ & BUBBA, P.C.**

*/s/ Joshua A. Gildea*
Joshua A. Gildea (SBN 205911)
Two City Center
645 West Hamilton Street, Suite 800
Allentown, Pennsylvania 18101
Telephone: (610) 797-9000
jgildea@flblaw.com


**LATHAM & WATKINS LLP**
Melanie M. Blunschi (admitted *pro hac vice*)
Daniel R. Gherardi (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
melaine.blunschi@lw.com
daniel.gherardi@lw.com

Benjamin A. Naftalis (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
benjamin.naftalis@lw.com

*Counsel for Defendants*


2

**HOLZER & HOLZER LLC**
Corey D. Holzer
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Additional Counsel for Plaintiff Alfred*
*O'Meara*

SO ORDERED, this _7th_ day of ___February___, 2024.

/s/ Joseph F. Leeson, Jr.
_____
HON. JOSEPH F. LEESON, JR.
UNITED STATES DISTRICT JUDGE