**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT BAER and ALFRED O'MEARA, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>      v.<br><br>SHIFT4 PAYMENTS, INC., and JARED ISAACMAN,<br><br>               Defendants. | Case No. 5:23-cv-03206-JFL<br><br><br>Hon. Joseph F. Leeson, Jr. |

**ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for failure to state a claim upon which relief can be granted, and any opposition and reply thereto, it is hereby ORDERED that Defendants' Motion is DENIED in its entirety.

 

_____
HON. JOSEPH F. LEESON, JR.
UNITED STATES DISTRICT JUDGE