**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ROBERT BAER and ALFRED O'MEARA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SHIFT4 PAYMENTS, INC., and JARED ISAACMAN,<br><br>　　　　　　　Defendants. | Case No. 5:23-cv-03206-JFL<br><br>Hon. Joseph F. Leeson, Jr. |

**ORDER GRANTING IN PART, AND DENYING IN PART, DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

On February 19, 2024, Defendants Shift4 Payments, Inc. and Jared Isaacman (collectively, "Defendants") filed a Request for Incorporation by Reference and Judicial Notice in Support of Motion to Dismiss (ECF No. 39-5). The Court, having considered the papers submitted by counsel and the applicable law, hereby GRANTS in part, and DENIES in part, Defendants' Request for Incorporation by Reference and Judicial Notice in Support of Motion to Dismiss and ORDERS as follows:

1. Exhibits 1-3, 5-13, and 15-16 are hereby incorporated by reference and the Court takes judicial notice of them.

2. The Court hereby denies Defendants' request for judicial notice of Exhibits 4 and 14.

IT IS SO ORDERED.


Dated: _____                    _____
                                        HON. JOSEPH F. LEESON, JR.
                                        UNITED STATES DISTRICT JUDGE

2