UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BAER and ALFRED O'MEARA, Individually and on Behalf of All Others Similarly Situated,<br>           Plaintiffs,<br><br>         v.<br><br>SHIFT4 PAYMENTS, INC., and JARED ISAACMAN,<br>           Defendants. | No.   5:23-cv-3206 |

# O R D E R

**AND NOW**, this 14th day of August, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT** the Motion to Dismiss, *see* ECF No. 39, is **GRANTED**, and the Amended Complaint, ECF No. 35, is **DISMISSED without prejudice**.  **Within twenty (20) days of the date of this Order**, Plaintiffs may file a second amended complaint.

                                                            BY THE COURT:


                                                            */s/ Joseph F. Leeson, Jr.*
                                                            JOSEPH F. LEESON, JR.
                                                            United States District Judge