UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| ROBERT BAER and ALFRED O'MEARA, Individually and on Behalf of All Others Similarly Situated, : : : | |
|        Plaintiffs,      : | No.   5:23-cv-3206 |
|                    : : | |
|        v.      : : | |
| SHIFT4 PAYMENTS, INC., and JARED ISAACMAN, : : | |
|        Defendants.    : | |

---

## **O R D E R**

**AND NOW**, this 10th day of September, 2024, upon consideration of the Joint Stipulation Setting Briefing Schedule on Defendants' Motion to Dismiss the Second Amended Complaint, *see* ECF No. 46, **IT IS HEREBY ORDERED THAT the Stipulation is GRANTED IN PART as follows:**

1.     Defendants shall answer, move or otherwise respond to the Second Amended Complaint by October 1, 2024;

2.     If Defendants move to dismiss the Second Amended Complaint, Lead Plaintiff shall have until October 23, 2024, to oppose the motion to dismiss; and

3.     Defendants shall have until November 4, 2024, to file a reply in support of their motion to dismiss.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge