**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ROBERT BAER, Individually and on Behalf of All Others Similarly Situated, | Case No.  5:23-cv-03206-JFL |
| Plaintiff, | Hon. Joseph F. Leeson, Jr. |
| v. | |
| SHIFT4 PAYMENTS, INC., and JARED ISAACMAN, | |
| Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 202__, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted, and any opposition and reply thereto, it is hereby ORDERED that Defendants' Motion is DENIED in its entirety.

_____
HON. JOSEPH F. LEESON, JR.
UNITED STATES DISTRICT JUDGE