# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROBERT BAER, Individually and on Behalf of All Others Similarly Situated, | Case No.  5:23-cv-03206-JFL |
|  | Hon. Joseph F. Leeson, Jr. |
| Plaintiff, |  |
| v. |  |
| SHIFT4 PAYMENTS, INC., and JARED ISAACMAN, |  |
| Defendants. |  |

## DECLARATION OF BRENDA SZYDLO IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

I, Brenda Szydlo, declare as follows:

1.      I am an attorney admitted to practice *pro hac vice* in this Court and a Partner at Pomerantz LLP ("Pomerantz"), Co-Lead Counsel for Lead Plaintiff Robert Baer ("Plaintiff") in the above-captioned action (the "Action"). I submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the chart set forth in ¶84 of the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF No. 45).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the chart set forth in ¶85 of the Complaint (ECF No. 45).

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on this, the 30th day of October 2024, at New York, New York.


*/s/ Brenda Szydlo*
Brenda Szydlo

2