# EXHIBIT 1

|  | Year Ended December 31, 2019 | | |
|  | As Originally Reported | Restatement | As Restated |
|---|---|---|---|
| Net Income (loss) | $ (56.6) | $ - | $ (56.6) |
| Net cash (used in) provided by operating activities | 26.7 | (18.7) | 8.0 |
| Net cash (used in) provided by investing activities | (98.8) | 18.7 | (80.1) |
| Net cash (used in) provided by financing activities | 71.0 | - | 71.0 |
| Change in cash and cash equivalents | $ (1.1) | $ - | $ (1.1) |

|  | Year Ended December 31, 2020 | | |
|  | As Originally Reported | Restatement | As Restated |
|---|---|---|---|
| Net Income (loss) | $ (111.4) | $ - | $ (111.4) |
| Net cash (used in) provided by operating activities | 23.4 | (19.4) | 4.0 |
| Net cash (used in) provided by investing activities | (102.1) | 19.4 | (82.7) |
| Net cash (used in) provided by financing activities | 1,002.8 | - | 1,002.8 |
| Change in cash and cash equivalents | $ 924.1 | $ - | $ 924.1 |

| | Three Months Ended March 31, 2021 | | |
| --- | --- | --- | --- |
| | As Originally Reported | Restatement | As Restated |
| Net Income (loss) | $ (51.0) | $ - | $ (51.0) |
| Net cash (used in) provided by operating activities | (1.7) | (5.4) | (7.1) |
| Net cash (used in) provided by investing activities | (77.5) | 5.4 | (72.1) |
| Net cash (used in) provided by financing activities | (3.7) | - | (3.7) |
| Change in cash and cash equivalents | $ (82.9) | $ - | $ (82.9) |

| | Six Months Ended June 30, 2021 | | |
| --- | --- | --- | --- |
| | As Originally Reported | Restatement | As Restated |
| Net Income (loss) | $ (46.5) | $ - | $ (46.5) |
| Net cash (used in) provided by operating activities | 5.0 | (12.7) | (7.7) |
| Net cash (used in) provided by investing activities | (115.5) | 12.7 | (102.8) |
| Net cash (used in) provided by financing activities | (117.6) | - | (117.6) |
| Change in cash and cash equivalents | $ (228.1) | $ - | $ (228.1) |

| | Nine Months Ended September 31, 2021 | | |
| --- | --- | --- | --- |
| | As Originally Reported | Restatement | As Restated |
| Net Income (loss) | $ (60.3) | $ - | $ (60.3) |
| Net cash (used in) provided by operating activities | 25.6 | (19.3) | 6.3 |
| Net cash (used in) provided by investing activities | (162.0) | 19.3 | (142.7) |
| Net cash (used in) provided by financing activities | 496.7 | - | 496.7 |
| Change in cash and cash equivalents | $ 360.3 | $ - | $ 360.3 |

| | Year Ended December 31, 2021 | | |
| --- | --- | --- | --- |
| | As Originally Reported | Restatement | As Restated |
| Net Income (loss) | $ (74.0) | | $ (74.0) |
| Net cash (used in) provided by operating activities | 29.2 | (26.2) | 3.0 |
| Net cash (used in) provided by investing activities | (196.7) | 26.2 | (170.5) |
| Net cash (used in) provided by financing activities | 471.2 | | 471.2 |
| Change in cash and cash equivalents | $ 303.7 | $ - | $ 303.7 |

| | Three Months Ended March 31, 2022 | | |
| | As Originally Reported | Restatement | As Restated |
|---|---|---|---|
| Net Income (loss) | $ (13.2) | $ - | $ (13.2) |
| Net cash (used in) provided by operating activities | 37.1 | (6.3) | 30.8 |
| Net cash (used in) provided by investing activities | (43.9) | 6.3 | (37.6) |
| Net cash (used in) provided by financing activities | (35.7) | - | (35.7) |
| Change in cash and cash equivalents | $ (42.5) | $ - | $ (42.5) |

| | Six Months Ended June 30, 2022 | | |
| | As Originally Reported | Restatement | As Restated |
|---|---|---|---|
| Net Income (loss) | $ 1.8 | $ - | $ 1.8 |
| Net cash (used in) provided by operating activities | 85.0 | (14.2) | 70.8 |
| Net cash (used in) provided by investing activities | (87.1) | 14.2 | (72.9) |
| Net cash (used in) provided by financing activities | (211.0) | - | (211.0) |
| Change in cash and cash equivalents | $ (213.3) | $ - | $ (213.3) |