**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT BAER, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:23-cv-03206-JFL |
| Plaintiff, | Hon. Joseph F. Leeson, Jr. |
| v. | |
| SHIFT4 PAYMENTS, INC., and JARED ISAACMAN, | |
| Defendants. | |

**ORDER GRANTING IN PART, AND DENYING IN PART, DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

On October 1, 2024, Defendants Shift4 Payments, Inc. and Jared Isaacman (collectively, "Defendants") filed a Request for Incorporation by Reference and Judicial Notice in Support of Motion to Dismiss (ECF No. 50-5). The Court, having considered the papers submitted by counsel and the applicable law, hereby GRANTS in part, and DENIES in part, Defendants' Request for Incorporation by Reference and Judicial Notice in Support of Motion to Dismiss and ORDERS as follows:

1. Exhibits 1-2, 4-6, and 8-13 are hereby incorporated by reference and the Court takes judicial notice of them.

2. The Court hereby denies Defendants' request for judicial notice of Exhibits 3 and 7.

IT IS SO ORDERED.

Dated: _____

_____
HON. JOSEPH F. LEESON, JR.
UNITED STATES DISTRICT JUDGE

1