UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| ROBERT BAER and ALFRED O'MEARA, : | |
| Individually and on Behalf of All Others Similarly : | |
| Situated, : | |
| Plaintiffs, : | No.   5:23-cv-3206 |
| : | |
| v.                        : | |
| : | |
| SHIFT4 PAYMENTS, INC., and JARED : | |
| ISAACMAN, : | |
| Defendants. : | |

_____

**O R D E R**

**AND NOW**, this 22nd day of January, 2025, for the reasons set forth in the Opinion

issued this date, **IT IS HEREBY ORDERED THAT:**

1.       The Motion to Dismiss, *see* ECF No. 50, is **GRANTED**, and the Second

Amended Complaint, ECF No. 45, is **DISMISSED with prejudice**;

2.       **Not later than February 13, 2025,** the parties shall file briefs regarding

compliance with Rule 11(b) of the Federal Rules of Civil Procedure.[1]  Any response thereto shall

be filed **not later than February 27, 2025**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

_____

[1]       15 U.S.C. § 78u-4(c)(1).