UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED O'MEARA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SHIFT4 PAYMENTS, INC., JARED ISAACMAN, NANCY DISMAN, and BRADLEY HERRING,<br><br>　　　　　　　Defendants. | Case No.  5:23-cv-03206-JFL |
| ROBERT BAER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SHIFT4 PAYMENTS, INC., JARED ISAACMAN, NANCY DISMAN, and BRADLEY HERRING,<br><br>　　　　　　　Defendants. | Case No.  5:23-cv-03969-JFL |

**O R D E R**

　　　　**AND NOW**, this 3rd day of March, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

　　　　1.　　The Court finds that no Party or Attorney has violated Rule 11 of the Federal Rules of Civil Procedure;

　　　　2.　　The above-captioned matters are **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge